# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 12  AM 8: 30

CLERK _S. McCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KARENZO KENSHAUN MILLER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 305-104 |
| | ) | (Formerly CR 300-001) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Respondent's motion to dismiss is **GRANTED**, this civil action shall

be **DISMISSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this _12th_ day of January, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE